HERMINIO MADERA & HNO., INC., demandante apelada. *v.* COBIÁN SOLARES & CO., S. EN C., demandada apelante.

No. 5666.—*Sometido:* Febrero 16, 1932. *Resuelto:* Febrero 26, 1932.

*R. Cuevas Zequeira* y *F. Rodríguez Alverio,* abogados de la apelante; *J. P. Miranda,* abogado de la apelada.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tribunal.

Estamos de acuerdo con la opinión y sentencia de la corte inferior. En esencia, la decisión fué que se probó más que suficientemente que hubo una venta y entrega de la mercancía por el precio por que se demandó.

Se entregaron diez fardos de telón. La contestación alegó que a instancias de la demandante cinco de ellos eran para ser entregados a otra persona. La corte declaró que el hecho era en sentido contrario. No tenemos motivo para dudar de esa conclusión, y debe confirmarse la sentencia por ese solo fundamento.

En este tribunal, la demanda trató de alegar una novación. Esa defensa no puede suscitarse por primera vez en apelación, y el juicio no giró sobre esta cuestión.

De todos modos, la novación no se probó con éxito. Cuando, como en este caso, un vendedor, a solicitud del comprador, gira contra una tercera persona que no acepta el giro, no se prueba novación alguna.

*Debe confirmarse la sentencia apelada.*